NOTE: CHANGES MADE BY THE COURT

Geoffrey P. Forgione (SBN 243851)                    **JS-6**
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539

James E. Gauch
Edward M. Wenger
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:   (202) 879-3939
Facsimile:    (202) 626-1700

Peter J. Eliasberg (SBN 189110)
Ahilan Arulanantham (SBN 237841)
Michael Kaufman  (SBN 254575)
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone:   (213) 977-9500
Facsimile:    (213) 977-5297

Attorneys for Plaintiff Samy Ibrahim Ali

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samy Ibrahim Ali,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC H. HOLDER, JR, United States Attorney General; JANET NAPOLITANO, Secretary of the Department of Homeland Security; HILARY RODHAM CLINTON, United States Secretary of State; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; MARGARET SCOBEY, United States Ambassador to Egypt; ROBERTO POWERS, Consul General for the United States Embassy, Cairo, Egypt; JANE DOE, aka Cairo Consular Official; and DOES 1-100,<br><br>          Defendants. | No. CV11-04503-AHM (SPx)<br><br>**ORDER GRANTING JOINT REQUEST TO STAY CASE PURSUANT TO SETTLEMENT AGREEMENT** |

1   Good cause having been shown in the parties Joint Request to Stay Case
2   Pursuant to Settlement Agreement, the request is hereby GRANTED.

3   It is ORDERED that the case is stayed and any deadlines and hearing dates
4   are taken off calendar.  Within seven days of the "effective date" of the Settlement
5   Agreement, Plaintiff shall notify the Court that dismissal of the case is warranted.

6   IT IS HEREBY ORDERED that this action is removed from the Court's
7   active caseload until further application by the parties or Order of this Court.

8   IT IS FURTHER ORDERED that counsel for plaintiff file semi-annual status
9   reports commencing on May 14, 2012.

10   This Court retains jurisdiction over this action and this Order shall not
11   prejudice any party to this action.

12   IT IS SO ORDERED.

14   Dated:  February 15, 2012

16   _____

    HONORABLE A. HOWARD MATZ
    United States District Court Judge

17   **JS-6**