NOTE: CHANGES MADE BY THE COURT

| | |
|---|---|
| Geoffrey P. Forgione (SBN 243851)<br>JONES DAY<br>555 South Flower Street Fiftieth Floor<br>Los Angeles, CA  90071-2300<br>Telephone:  (213) 489-3939<br>Facsimile:   (213) 243-2539<br><br>James E. Gauch<br>Edward M. Wenger<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:   (202) 626-1700<br><br>Peter J. Eliasberg (SBN 189110)<br>Ahilan Arulanantham (SBN 237841)<br>Michael Kaufman  (SBN 254575)<br>ACLU OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA  90017<br>Telephone:  (213) 977-9500<br>Facsimile:   (213) 977-5297 | **JS-6** |

Attorneys for Plaintiff Samy Ibrahim Ali

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samy Ibrahim Ali,<br><br>            Plaintiff,<br><br>       v.<br><br>ERIC H. HOLDER, JR, United States Attorney General; JANET NAPOLITANO, Secretary of the Department of Homeland Security; HILARY RODHAM CLINTON, United States Secretary of State; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; MARGARET SCOBEY, United States Ambassador to Egypt; ROBERTO POWERS, Consul General for the United States Embassy, Cairo, Egypt; JANE DOE, aka Cairo Consular Official; and DOES 1-100,<br><br>            Defendants. | No. CV11-04503-AHM (SPx)<br><br>**ORDER GRANTING JOINT REQUEST TO STAY CASE PURSUANT TO SETTLEMENT AGREEMENT** |

1  Good cause having been shown in the parties Joint Request to Stay Case
2  Pursuant to Settlement Agreement, the request is hereby GRANTED.
3  It is ORDERED that the case is stayed and any deadlines and hearing dates
4  are taken off calendar. Within seven days of the "effective date" of the Settlement
5  Agreement, Plaintiff shall notify the Court that dismissal of the case is warranted.
6  IT IS HEREBY ORDERED that this action is removed from the Court's
7  active caseload until further application by the parties or Order of this Court.
8  IT IS FURTHER ORDERED that counsel for plaintiff file semi-annual status
9  reports commencing on May 14, 2012.
10 This Court retains jurisdiction over this action and this Order shall not
11 prejudice any party to this action.
12 IT IS SO ORDERED.
13
14 Dated: February 15, 2012

_____
HONORABLE A. HOWARD MATZ
United States District Court Judge

**JS-6**